IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| WESTERN SECURITY BANK, A Division of Glacier Bank, | ) ) ) | Cause No. CV 13-157-BLG - SEH |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| MERIDIAN SURGICAL PARTNERS, LLC, MERIDIAN SURGICAL PARTNERS- MONTANA, LLC, OMNI FUNDING CORP., | ) ) ) ) ) ) ) | **NOTICE OF PARTIAL SETTLEMENT** |
| Defendants. | ) ) | |
| OMNI FUNDING CORP. | ) ) | |
| Third Party Plaintiff, | ) ) | |
| v. | ) ) | |
| SCHNEIDER LIMITED PARTNERSHIP, ORTHOPAEDIC NEURO INSTITUTE SURGICAL CENTER, LLC, JAY WINZENREID, M.D., STEPHEN EMERY, BIG HORN BASIC AND JOINT, LLC, ANDREW BAKER, DANIEL MATTSON, | ) ) ) ) ) ) ) ) ) ) | |
| Third Party Defendants. | ) | |

COME NOW Plaintiff Western Security Bank ("Western Security"), and Defendants Omni Funding Corp. ("OMNI"), Meridian Surgical Partners, LLC ("Meridian") and Meridian Surgical Partners-Montana, LLC ("Meridian-Montana") (collectively "Parties") and hereby provide this notice of settlement of the claims of these Parties against one another (collectively "Settled Claims"), subject to and contingent upon payment of the agreement settlement sum on or before September 15, 2014.  These Parties will file a stipulation for dismissal with prejudice of the Settled Claims within two business days of payment of the settlement sum.

Dated this 21st day of August, 2014.

/s/ Robert Sterup
Robert L. Sterup
ATTORNEYS FOR PLAINTIFF


/s/ Doug James
Doug James
ATTORNEYS FOR
MERIDIAN/MERIDIAN-MONTANA


/s/ Stan Kaleczyc
Stan Kaleczyc
ATTORNEYS FOR OMNI


7036564_1