UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JAY WINZENRIED, MD., STEPHEN EMERY, MD., AND BIG HORN BASIN BONE AND JOINT, LLC,,<br><br>Plaintiff,<br><br>vs.<br><br>MERIDIAN SURGICAL PARTNERS, LLC,<br><br>Defendant. | Case No. CV-13-157-BLG-SEH<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X     Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to Order (Doc. 81), filed on 10/8/2014, Judgment is entered in favor of Defendant Meridian Surgical Partners, LLC and against Plaintiffs.

Dated this 14th day of October, 2014.

TYLER P. GILMAN, CLERK

By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk